UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Long Hale,<br>*aka Haji Mohamed* | CIVIL 08-5071 PAM/JJK |
| Plaintiff,<br>v. | **ORDER OF DISMISSAL** |
| The Secretary of State of the Water<br>Blessed State of Minnesota | |
| Defendant. | |

-------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: January   22   , 2009

s/Paul A. Magnuson
Paul A. Magnuson**,** Judge
United States District Court